UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 MAR -9 P 12:27
US DISTRICT COURT
HARTFORD CT

James Schneider,
Plaintiff,

v.

Case No. 3:11CV370 (JBA)
(To be supplied by the Court)

State of Connecticut Department of Correction
Defendant(s).

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1. Plaintiff resides at the following location: P.O. Box 320281 Hartford Ct. 06132

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: [illegible], State of Connecticut Department of Correction 24 Wolcott Hill Rd., Wethersfield, CT. 06109

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

_____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: ________________.

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

✓ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. List **all** cases you have filed in this court in the last ten (10) years. Use additional sheets if necessary:

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

5. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) _____ Failure to hire me. I was refused a job on the following *date(s)*: ______________________.

(B) _____ Termination of my employment. I was terminated from my employment on the following date: ______________.

(C) _____ Failure to promote me. I was refused a promotion on the following date(s): ______________________.

(D) ✓ Other acts as specified below:

On or about Jan. 4 I was incarcerated by the state of Connecticut Department of Corrections and forced to take medication.

6. The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ], color [ ], religion [ ], sex [ ], age [ ], national origin [ ] or disability [✓]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: I was forced to take medication for a disability I don't have after a hearing.

7. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

I was forced to take medication against my will. I couldn't eat, I was in so much pain and I thaught my life was indanger. Documents I summited to the Commission on Human Rights and Opportunity and witnesses.

8. The approximate number of persons who are employed by the Defendant employer I am suing is: ?.

9. The alleged discrimination occurred on or about the following date(s) or time period: Jan. 5, 2010 – May 3, 2010.

10. I filed charges with the:

___ Equal Employment Opportunity Commission

√ Connecticut Commission on Human Rights and Opportunities

11. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: December

**[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

12. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: adamant time to reply do to the extreme circumstances and the attent to proceed to federal court.

13. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

14. WHEREFORE, Plaintiff(s) pray(s) that:

The Court grant such relief as may be deemed appropriate, including **[NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

___ Injunctive orders (specify the type of injunctive relief sought): ___________;

___ Backpay;

___ Reinstatement to my former position;

✓ Monetary damages (specify the type(s) of monetary damages sought): ___

Emotional, Pain and Suffering ;

___ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): ______________________________

______________________________;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby DO _____ DO NOT ✓ demand a trial by jury.

______________________________

______________________________ Original signature of attorney (if any)

[signature] Plaintiff's Original Signature

______________________________ Printed Name

James Schneider Printed Name

______________________________

P.O. Box 320281

______________________________

Hartford CT. 06132

( ) ______________________________ Attorney's full address and telephone

(203) 660-8149 Plaintiff's full address and telephone

______________________________ Email address if available

james362009@live.com Email address if available

Dated: ______________

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ______________________ on 3/9/2011.
(location) (date)

[signature]
Plaintiff's Original Signature

(Rev. 9/24/08)



**State of Connecticut**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
Southwest Region Office ~ 350 Fairfield Avenue, 6th Floor, Bridgeport, CT 06604
*Promoting Equality and Justice for all People*

**RELEASE OF JURISDICTION**

COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ex rel.

DATE: November 9, 2010

James A. Schneider, Jr.
COMPLAINANT

vs.

CHRO CASE NO. 1020456
EEOC NO. n/a

State of CT – DOC
RESPONDENT

RELEASE OF JURISDICTION

Pursuant to the provisions of Public Act 98-245, the Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above numbered and captioned complaint. The complaint was dismissed pursuant to:

**[x] A merit assessment review pursuant to C.G.S. 46a-83(b)**
[ ] Failure to accept full relief pursuant to C.G.S. 46a-83(c)

The complainant has not requested reconsideration of the dismissal.

Complainant is hereby authorized to commence a civil action in accordance with Section 46a-100, and sections 46a-102 to 46a-104, C.G.S. inclusive, against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred or in which the Respondent transacts business. *If* this action involves a state agency or official, it may be brought in the Superior Court for the Hartford-New Britain judicial district.

**The Complainant must bring an action in Superior Court within ninety (90) days of receipt of this release and within two (2) years of the date of filing the complaint with the Commission**. Upon commencing the Superior Court action, the Complainant,

or his/her attorney, shall serve a copy of the complaint on the Commission for the purpose of providing legal notice. However, in accordance with 46a-101, of C.G.S., service of the complaint on the Commission does not make it a necessary party, although, the Commission may opt to intervene.

The Superior Court shall have such authority as is conferred upon it by Section 46a-104 of the C.G.S., and other laws of the State of Connecticut.

The Commission will take no further action in this matter.

Tanya A. Hughes, Regional Manager

November 9, 2010
Date Issued

cc: **Complainant:** James A. Schneider, Jr., P.O. Box 320281, Hartford, CT 06132
**Respondent:** Dawn M. DiCesare, State of CT, DOC, 24 Wolcott Hill Road, Wethersfield, CT 06109

ck